

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| FRONTIER NANOSYSTEMS, LLC AND L. PIERRE DE ROCHEMONT, | § | No. 08-22-00136-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | 333rd Judicial District Court |
| v. | | |
| | § | of Llano County, Texas |
| CLEVELAND TERRAZAS PLLC AND KEVIN J. TERRAZAS, | § | (TC# 21775) |
| Appellees. | | |

### **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellants and their sureties, if any, *see* TEX. R. APP. P. 43.5, for performance of the judgment and all costs, both in this Court and the court below, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF MAY, 2023.


LISA J. SOTO, Justice


Before Rodriguez, C.J., Soto, J., Marion, C.J. (Ret.)
Marion, C.J. (Ret.) (sitting by assignment)